1  Jerry N. Budin
   State Bar #88539
2  Law Office of Jerry Budin
   2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5  Attorneys for Plaintiff,
   LEO BISHOP, individually
6  and on behalf of all others
   similarly-situated

7

8  Brian L. Johnsrud, Esq.
   Morgan, Lewis & Bockius, LLP
9  2 Palo Alto Square
   3000 El Camino Real, Ste. 700
10 Palo Alto, CA 94306
   Telephone: (650) 843-7555
11 Facsimile: (650) 843-4001

12 Attorneys for Defendants,
   PETRO-CHEMICAL TRANSPORTATION, INC.,
13 and KENAN ADVANTAGE GROUP, INC.

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17                           (Fresno Division)

18

19 LEO BISHOP, individually      ) CASE NO. CV 07-0137 LJO SMS
   and on behalf of all others   )
20 similarly-situated,           ) STIPULATION TO AMEND
                                 ) PRELIMINARY SCHEDULING
21              Plaintiff,       ) ORDER; ORDER
                                 )
22 vs.                           )
                                 )
23 PETRO-CHEMICAL TRANSPORT, INC.,)
   KENAN ADVANTAGE GROUP, INC. and)
24 DOES 1 through 100,           )
                Defendants.      )
25 _____)

26     It is hereby stipulated by and between the parties, through

27 their respective attorneys, as follows:

28 STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER;           CASE NO. CV 07-0137 LJO SMS
   [PROPOSED] ORDER

1. The parties have diligently pursued discovery in this matter, but have determined that they need additional time to complete that discovery.

2. Therefore, the parties request that this court amend its Scheduling Order to extend the deadlines as follows:

| **Action** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Merit-based discovery closes | October 12, 2007 | November 30, 2007 |
| Deadline for filing defendant's dispositive motion | October 19, 2007 | December 7, 2007 |
| Deadline for plaintiff's opposition | November 9, 2007 | January 4, 2008 |
| Deadline for defendant's reply | November 23, 2007 | January 18, 2008 |
| Dispositive motion hearing date | November 30, 2007 | January 25, 2008 |
| Class Certification discovery closes | December 14, 2007 | February 1, 2008 |
| Deadline for filing Class Certification motion | December 28, 2007 | February 15, 2008 |
| Deadline for defendant's opposition | January 18, 2008 | March 14, 2008 |
| Deadline for plaintiff's reply | February 1, 2008 | March 28, 2008 |
| Class certification motion hearing date | February 8, 20008 | April 11, 2008 |

DATE: October ___, 2007         LAW OFFICE OF JERRY BUDIN

                                /s/ Jerry Budin                    _
                                Jerry Budin
                                Attorney for Plaintiff,
                                Leo BISHOP, individually
                                and on behalf of all others
                                similarly-situated

DATE: October ___, 2007                MORGAN, LEWIS & BOCKIUS, LLP

                                       /s/ Brian L. Johnsrud
                                       Brian L. Johnsrud
                                       Attorney for Defendants,
                                       PETRO-CHEMICAL TRANSPORTATION,
                                       INC., and KENAN ADVANTAGE
                                       GROUP, INC

**ORDER**

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines are extended as follows:

| **Action** | **New Deadline** |
|---|---|
| Merit-based discovery closes | November 30, 2007 |
| Deadline for filing defendant's dispositive motion | December 7, 2007 |
| Deadline for plaintiff's opposition | January 4, 2008 |
| Deadline for defendant's reply | January 18, 2008 |
| Dispositive motion hearing date | January 25, 2008 |
| Class Certification discovery closes | February 1, 2008 |
| Deadline for filing Class Certification motion | February 15, 2008 |
| Deadline for defendant's opposition | March 14, 2008 |
| Deadline for plaintiff's reply | March 28, 2008 |
| Class certification motion hearing date | April 11, 2008 |

2. In all other respects, the Preliminary Scheduling Order remains in effect.

IT IS SO ORDERED.

**Dated:   October 2, 2007**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE