1  BRIAN LEE JOHNSRUD, State Bar No. 184474
   ALEXANDER NESTOR, State Bar No. 202795
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: bjohnsrud@morganlewis.com

6  Attorneys for Defendants
   PETRO-CHEMICAL TRANSPORT, INC., and
7  KENAN ADVANTAGE GROUP, INC.

8

9  JERRY N. BUDIN, State Bar No. 88539
   LAW OFFICE OF JERRY BUDIN
10 2401 E. Orangeburg Ave., Ste. 675-309
   Modesto, California 95355
11 Tel: 209.544.3030
   Fax: 209.544.3144

12 Attorneys for Plaintiff
   LEO BISHOP, individually and on behalf of all
13 others similarly-situated

FILED

NOV 2 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| LEO BISHOP, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>vs.<br><br>PETRO-CHEMICAL TRANSPORT, INC., KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100,<br><br>Defendants. | Case No. CV 07-0137 LJO SMS<br><br>**STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER; ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3675669.2                                                           (CV 07-0137 LJO SMS)

It is hereby stipulated by and between the parties, through their respective attorneys, as follows:

1. The parties have diligently pursued discovery in this matter, but Defendants have determined that they need additional time to complete that discovery, including production of additional documents to Plaintiff and scheduling of depositions of Defendants' employees and of Plaintiff.

2. Given that Defendants' witnesses are located in Texas and Ohio, the upcoming holiday period, and that Plaintiff's counsel will be overseas from December 28, 2007 through January 14, 2008, it will not be possible to complete merits-based discovery before January 31, 2008.

3. Therefore, the parties request that this court amend its Scheduling Order to extend the deadlines as follows:

| Action | Old Deadline | New Deadline |
| --- | --- | --- |
| Merit-based discovery closes | November 30, 2007 | January 31, 2008 |
| Deadline for filing Defendants' dispositive motion | December 7, 2007 | February 8, 2008 |
| Deadline for Plaintiff's opposition | January 4, 2008 | February 29, 2008 |
| Deadline for Defendants' reply | January 18, 2008 | March 14, 2008 |
| Dispositive motion hearing date | January 25, 2008 | March 21, 2008 |
| Class Certification discovery closes | February 1, 2008 | March 28, 2008 |
| Deadline for filing Class Certification motion | February 15, 2008 | April 14, 2008 |
| Deadline for Defendants' opposition | March 14, 2008 | April 25, 2008 |
| Deadline for Plaintiff's reply | March 28, 2008 | May 9, 2008 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3675669.2                             1                          (CV 07-0137 LJO SMS)

| | | |
|---|---|---|
| Class certification motion hearing date | April 11, 2008 | May 16, 2008 |

Dated: November 26, 2007          MORGAN, LEWIS & BOCKIUS LLP

By _____
Brian Lee Johnsrud
Alexander Nestor
Attorneys for Defendants
PETRO-CHEMICAL TRANSPORT, INC.,
and KENAN ADVANTAGE GROUP, INC.

Dated: November 26, 2007          LAW OFFICE OF JERRY BUDIN

By _____
Jerry Budin
Attorney for Plaintiff
LEO BISHOP, individually and on behalf
of all others similarly-situated

## ORDER

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines are extended as follows:

| Action | New Deadline |
|---|---|
| Merit-based discovery closes | January 31, 2008 |
| Deadline for filing Defendants' dispositive motion | February 8, 2008 |
| Deadline for Plaintiff's opposition | February 29, 2008 |
| Deadline for Defendants' reply | March 14, 2008 |
| Dispositive motion hearing date | March 21, 2008 |
| Class Certification discovery closes | March 28, 2008 |

| Deadline for filing Class Certification motion | April 14, 2008 |
|---|---|
| Deadline for Defendants' opposition | April 25, 2008 |
| Deadline for Plaintiff's reply | May 9, 2008 |
| Class certification motion hearing date | May 16, 2008 |

2. In all other respects, the Preliminary Scheduling Order remains in effect.

**IT IS ORDERED.**

Dated: Nov 27, 2007

_____
UNITED STATES DISTRICT JUDGE