```
 1  Jerry N. Budin
    State Bar #88539
 2  Law Office of Jerry Budin
    2401 E. Orangeburg Ave., Ste. 675-309
 3  Modesto, California 95355
    Telephone: (209) 544-3030
 4  Facsimile: (209) 544-3144

 5  Attorneys for Plaintiff,
    LEO BISHOP, individually
 6  and on behalf of all others
    similarly-situated
 7

 8  Brian L. Johnsrud, Esq.
    Morgan, Lewis & Bockius, LLP
 9  2 Palo Alto Square
    3000 El Camino Real, Ste. 700
10  Palo Alto, CA 94306
    Telephone: (650) 843-7555
11  Facsimile: (650) 843-4001

12  Attorneys for Defendants,
    PETRO-CHEMICAL TRANSPORTATION, INC.,
13  and KENAN ADVANTAGE GROUP, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17                          (Fresno Division)

18

19  LEO BISHOP, individually      )  CASE NO. CV 07-0137 LJO SMS
    and on behalf of all others   )
20  similarly-situated,           )  STIPULATION TO AMEND
                                  )  PRELIMINARY SCHEDULING
21              Plaintiff,        )  ORDER; ORDER
                                  )
22  vs.                           )
                                  )
23  PETRO-CHEMICAL TRANSPORT, INC.,)
    KENAN ADVANTAGE GROUP, INC. and)
24  DOES 1 through 100,           )
                Defendants.       )
25  _____)
```

26     It is hereby stipulated by and between the parties, through

27  their respective attorneys, as follows:

28  STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER;          CASE NO. CV 07-0137 LJO SMS
    [PROPOSED] ORDER

1. The parties have diligently pursued merit-based discovery in this matter, but have determined that plaintiff needs additional time to complete certain merit-based discovery in light of the disclosure of an additional witness and documents by defendants.

2. The additional discovery pertains to the deposition of one of defendant's employees, Sofia McReynolds, who was disclosed by defendant as a "person most knowledgeable "witness on one particular issue on January 31, 2008, the day that merit-based discovery closed in this matter under the previous Scheduling Order(Doc. 21).

3. So as not to prejudice plaintiff, defendant has agreed to produce Ms. McReynolds for a deposition in California on March 6, 2008. The deposition could not be scheduled for an earlier date because Ms. McReynolds resides in Texas and March 6 was the first date that she and counsel were all available.

4. Therefore, the parties request that this court amend its Scheduling Order to extend the deadlines as follows:

| **Action** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Merit-based discovery closes | January 31, 2008 | March 6, 2008 |
| Deadline for filing defendant's dispositive motion | February 8, 2008 | No change-defendant has filed its motion |
| Deadline for plaintiff's opposition | February 29, 2008 | March 17, 2008 |
| Deadline for defendant's reply | March 14, 2008 | March 31, 2008 |
| Dispositive motion hearing date | March 21, 2008 | April 7, 2008 |
| Class Certification discovery closes | March 28, 2008 | May 26, 2008 |

| | | |
|---|---|---|
| Deadline for filing Class Certification motion | April 14, 2008 | June 9, 2008 |
| Deadline for defendant's opposition | April 25, 2008 | June 23, 2008 |
| Deadline for plaintiff's reply | May 9, 2008 | July 7, 2008 |
| Class certification motion hearing date | May 16, 2008 | July 14, 2008 |

DATE: February 28, 2008    LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin
Jerry Budin
Attorney for Plaintiff,
Leo BISHOP, individually
and on behalf of all others
similarly-situated

DATE: February 28, 2008    MORGAN, LEWIS & BOCKIUS, LLP

/s/ Brian L. Johnsrud
Brian L. Johnsrud
Attorney for Defendants,
PETRO-CHEMICAL TRANSPORTATION,
INC., and KENAN ADVANTAGE
GROUP, INC

**ORDER**

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines are extended as follows:

| **Action** | **New Deadline** |
|---|---|
| Merit-based discovery closes | March 6, 2008 |
| Deadline for filing defendant's dispositive motion | No change |
| Deadline for plaintiff's opposition | March 17, 2008 |
| Deadline for defendant's reply | March 31, 2008 |

| | |
|---|---|
| Dispositive motion hearing date | April 7, 2008 |
| Class Certification discovery closes | May 26, 2008 |
| Deadline for filing Class Certification motion | June 9, 2008 |
| Deadline for defendant's opposition | June 23, 2008 |
| Deadline for plaintiff's reply | July 7, 2008 |
| Class certification motion hearing date | July 14, 2008 |

2.  In all other respects, the Preliminary Scheduling Order remains in effect.

IT IS SO ORDERED.

**Dated:   February 29, 2008**               /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE