```
 1  Jerry N. Budin
    State Bar #88539
 2  Law Office of Jerry Budin
    2401 E. Orangeburg Ave., Ste. 675-309
 3  Modesto, California 95355
    Telephone: (209) 544-3030
 4  Facsimile: (209) 544-3144

 5  Attorneys for Plaintiff,
    LEO BISHOP, individually
 6  and on behalf of all others
    similarly-situated
 7

 8  Jennifer Lockhart, Esq.
    State Bar # 236972
 9  Brian L. Johnsrud, Esq.
    State Bar # 184474
10  Morgan, Lewis & Bockius, LLP
    2 Palo Alto Square
11  3000 El Camino Real, Ste. 700
    Palo Alto, CA 94306
12  Telephone: (650) 843-7555
    Facsimile: (650) 843-4001
13
    Attorneys for Defendants,
14  PETRO-CHEMICAL **TRANSPORTATION**, INC.,
    and KENAN ADVANTAGE GROUP, INC.
15
16                  UNITED STATES DISTRICT COURT
17                 EASTERN DISTRICT OF CALIFORNIA
18                         (Fresno Division)
19
20  LEO BISHOP, individually      ) CASE NO. CV 07-0137 LJO SMS
    and on behalf of all others   )
21  similarly-situated,           ) STIPULATION TO AMEND
                                  ) PRELIMINARY SCHEDULING
22                  Plaintiff,    ) ORDER; ORDER of **DENIAL**
                                  )
23  vs.                           )
                                  )
24  PETRO-CHEMICAL TRANSPORT, INC.,)
    KENAN ADVANTAGE GROUP, INC. and)
25  DOES 1 through 100,           )
                    Defendants.   )
26  _____)

27       It is hereby stipulated by and between the parties, through

28  STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER;     CASE NO. CV 07-0137 LJO SMS
    [PROPOSED] ORDER
```

their respective attorneys, as follows:

1.  Plaintiff has requested of defendant a short, one-week extension to file his opposition papers and defendant has agreed to that request.

2.  Therefore, the parties request that this court amend its Scheduling Order to extend the following deadlines and hearing date by one (1) week:

| **Action** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Deadline for plaintiff's opposition | March 17, 2008 | March 24, 2008 |
| Deadline for defendant's reply | March 31, 2008 | April 7, 2008 |
| Dispositive motion hearing date | April 7, 2008 | April 14, 2008 |

DATE: March 14, 2008                LAW OFFICE OF JERRY BUDIN

                                    /s/ Jerry Budin                  _
                                    Jerry Budin
                                    Attorney for Plaintiff,
                                    Leo BISHOP, individually
                                    and on behalf of all others
                                    similarly-situated

DATE: March 14, 2008                MORGAN, LEWIS & BOCKIUS, LLP

                                    /s/ Jennifer Lockhart            
                                    Jennifer Lockhart
                                    Attorney for Defendants,
                                    PETRO-CHEMICAL TRANSPORTATION,
                                    INC., and KENAN ADVANTAGE
                                    GROUP, INC

///

///

///

1 [Proposed]**ORDER**

2    GOOD CAUSE IS COMPLETELY ABSENT FROM THE STIPULATION.  A
3 stipulation itself does not establish good cause to continue.
4 The Request is DENIED.
5 IT IS SO ORDERED.

6 **Dated:   March 14, 2008**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE