Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorneys for Plaintiff,
LEO BISHOP, individually
and on behalf of all others
similarly-situated


Jennifer Lockhart, Esq.
State Bar # 236972
Brian L. Johnsrud, Esq.
State Bar # 184474
Morgan, Lewis & Bockius, LLP
2 Palo Alto Square
3000 El Camino Real, Ste. 700
Palo Alto, CA 94306
Telephone: (650) 843-7555
Facsimile: (650) 843-4001

Attorneys for Defendants,
PETRO-CHEMICAL TRANSPORTATION, INC.,
and KENAN ADVANTAGE GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| LEO BISHOP, individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> vs. <br><br> PETRO-CHEMICAL TRANSPORT, INC., KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100, <br> Defendants. | CASE NO. CV 07-0137 LJO SMS <br><br> STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER; ORDER |

It is hereby stipulated by and between the parties, through

STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER;    CASE NO. CV 07-0137 LJO SMS
[PROPOSED] ORDER

their respective attorneys, as follows:

1. Plaintiff has requested of defendant a short, one-week extension to file his opposition papers and defendant has agreed to that request.

2. Therefore, the parties request that this court amend its Scheduling Order to extend the following deadlines and hearing date by one (1) week:

| **Action** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Deadline for plaintiff's opposition | March 17, 2008 | March 24, 2008 |
| Deadline for defendant's reply | March 31, 2008 | April 7, 2008 |
| Dispositive motion hearing date | April 7, 2008 | April 14, 2008 |

DATE: March 14, 2008          LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin          
Jerry Budin
Attorney for Plaintiff,
Leo BISHOP, individually
and on behalf of all others
similarly-situated

DATE: March 14, 2008          MORGAN, LEWIS & BOCKIUS, LLP

/s/ Jennifer Lockhart          
Jennifer Lockhart
Attorney for Defendants,
PETRO-CHEMICAL TRANSPORTATION,
INC., and KENAN ADVANTAGE
GROUP, INC

///

///

///

**ORDER**

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines are extended as follows:

| **Action** | **New Deadline** |
|---|---|
| Deadline for plaintiff's opposition | March 24, 2008 |
| Deadline for defendant's reply | April 7, 2008 |
| Dispositive motion hearing date | April 14, 2008 |

2. In all other respects, the Preliminary Scheduling Order remains in effect.

IT IS SO ORDERED.

Dated: 03/18/2008              /s/ Lawrence J. O'Neill
                               _____
                               Honorable Lawrence J. O'Neill
                               United States District Judge