# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO BISHOP, | CASE NO. CV F 07-0137 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| PETRO-CHEMICAL TRANSPORT, LLC, et al., | |
| Defendants. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than December 15, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   November 7, 2008**           /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE