REBECCA EISEN, State Bar No. 96129
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: reisen@morganlewis.com

BRIAN LEE JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendants
PETRO-CHEMICAL TRANSPORT, INC., and
KENAN ADVANTAGE GROUP, INC.

JERRY N. BUDIN, State Bar No. 88539
LAW OFFICE OF JERRY BUDIN
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Tel: 209.544.3030
Fax: 209.544.3144

Attorneys for Plaintiffs
LEO BISHOP, individually and on behalf of all
others similarly-situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| LEO BISHOP, individually and on behalf of all others similarly-situated,,<br><br>Plaintiff,<br><br>vs.<br><br>PETRO-CHEMICAL TRANSPORT, INC., and KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100,<br><br>Defendant. | Case No. CV 07-0137 LJO SMS<br><br>**PARTIES' STIPULATION AND ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT**<br><br>Dept.:  4<br>Judge:  Hon. Lawrence J. O'Neill |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20927536.1

STIPULATION AND [PROPOSED] ORDER
APPROVING CONF. SETTL. AGREEMENT
CASE NO. CV 07-0137 LJO SMS

1  WHEREAS, Plaintiff Leo Bishop brought this action pursuant to the Fair Labor Standards Act ("FLSA") for unpaid overtime compensation;

3  WHEREAS, the parties have negotiated a confidential settlement of the Plaintiff's action;

4  WHEREAS, under the FLSA, the parties must submit the settlement agreement to the Court for its review and approval before this action can be dismissed (*See Lynn's Food Store, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982));

7  THEREFORE, the parties, by and through their attorneys of record, hereby submit as Exhibit A the confidential settlement agreement under seal, pursuant to the to the Court's December 5, 2008, Order to File Settlement Agreement Under Seal, and respectfully request the Court's approval of the confidential settlement agreement.

Dated: December 9, 2008          MORGAN, LEWIS & BOCKIUS LLP

                                 By:  /s/  Brian L. Johnsrud
                                     Brian L. Johnsrud
                                     Attorneys for Defendants
                                     PETRO-CHEMICAL TRANSPORT, INC.,
                                     and KENAN ADVANTAGE GROUP,
                                     INC.

Dated: December 9, 2008          LAW OFFICE OF JERRY BUDIN

                                 By:  /s/  Jerry Budin
                                     Jerry Budin
                                     Attorney for Plaintiff
                                     LEO BISHOP, individually and on behalf
                                     of all others similarly-situated

## **ORDER**

Having reviewed the parties' confidential settlement agreement attached as Exhibit A, and GOOD CAUSE APPEARING therefor, **IT IS HEREBY ORDERED** that the parties' confidential settlement agreement is approved.

Dated: December 15, 2008         __/s/ Lawrence J. O'Neill_____
                                 HON. LAWRENCE J. O'NEILL
                                 UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/20927536.1                   2    STIPULATION AND [PROPOSED] ORDER
                                      APPROVING CONF. SETTL. AGREEMENT
                                      CASE NO. CV 07-0137 LJO SMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15 **EXHIBIT "A"**
16 **FILED UNDER SEAL**
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20927536.1     3     STIPULATION AND [PROPOSED] ORDER
APPROVING CONF. SETTL. AGREEMENT
CASE NO. CV 07-0137 LJO SMS