| | |
|---|---|
| 1 | REBECCA EISEN, State Bar No. 96129 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 3 | Telephone: 415.442.1000 |
| | Facsimile: 415.442.1001 |
| 4 | E-mail: reisen@morganlewis.com |
| 5 | BRIAN LEE JOHNSRUD, State Bar No. 184474 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 7 | Palo Alto, CA 94306-2122 |
| | Tel: 650.843.4000 |
| 8 | Fax: 650.843.4001 |
| | E-mail: bjohnsrud@morganlewis.com |
| 9 | |
| | Attorneys for Defendants |
| 10 | PETRO-CHEMICAL TRANSPORT, INC., and |
| | KENAN ADVANTAGE GROUP, INC. |
| 11 | |
| 12 | JERRY N. BUDIN, State Bar No. 88539 |
| | LAW OFFICE OF JERRY BUDIN |
| 13 | 2401 E. Orangeburg Ave., Ste. 675-309 |
| | Modesto, California 95355 |
| 14 | Tel: 209.544.3030 |
| | Fax: 209.544.3144 |
| 15 | |
| | Attorneys for Plaintiffs |
| 16 | LEO BISHOP, individually and on behalf of all |
| | others similarly-situated |
| 17 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| LEO BISHOP, individually and on behalf of all others similarly-situated,, | Case No. CV 07-0137 LJO SMS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | **F.R.C.P. 41(A)(1)** |
| PETRO-CHEMICAL TRANSPORT, INC., and KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20853136.1

STIPULATION OF DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION
CASE NO. CV 07-0137 LJO SMS

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action, and their designated counsel, that the above-captioned action, including all causes of action against all Defendants, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: November _____, 2008  PETRO-CHEMICAL TRANSPORT, INC., and KENAN ADVANTAGE GROUP, INC.

By _____
Jacqueline Musacchia, Vice President and General Counsel

Dated: November _____, 2008  MORGAN, LEWIS & BOCKIUS LLP

By _____
Brian L. Johnsrud
Attorneys for Defendants
PETRO-CHEMICAL TRANSPORT, INC., and KENAN ADVANTAGE GROUP, INC.

Dated: November _____, 2008  LAW OFFICE OF JERRY BUDIN

By _____
Jerry Budin
Attorney for Plaintiff
LEO BISHOP, individually and on behalf of all others similarly-situated

Dated: November _____, 2008  LEO BISHOP

By _____
Leo Bishop

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court having considered the stipulation of the parties, and **GOOD CAUSE** appearing therefore, **IT IS HEREBY ORDERED**.

Dated: December 22, 2008    /s/ LAWRENCE J. O'NEILL
HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20853136.1

2

STIPULATION OF DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION
CASE NO. CV 07-0137 LJO SMS

PDF created with pdfFactory trial version www.pdffactory.com